HANNAH C. DENNIN, Appellant, *v.* HIRAM R. WOOD et al., as Executors of EUGENE SATTERLEE, Deceased, et al., Respondents, Impleaded with Another.

*Dennin* v. *Wood,* 162 App. Div. 930, affirmed.

(Argued October 2, 1914; decided October 20, 1914.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 1, 1914, which reversed an order of Special Term granting a motion by plaintiff for judgment on the pleadings and denied said motion in an

action against executors to recover for alleged fraud of their testators.

The following question was certified: "May the personal representatives of the several deceased tort feasors be joined as parties defendant in this action?"

*Louis Marshall* and *Morton Stein* for appellant.

*Walter S. Hubbell* for respondents.

Order affirmed, with costs, and question certified answered in the negative; no opinion.

Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.